1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   CHRISTIAN MONDONEDO
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) No. CR.S 11-297 EFB
                                     )
12                  Plaintiff,       )
                                     ) STIPULATION AND [~~PROPOSED~~]
13       v.                          ) ORDER CONTINUING PROBATION
                                     )
14  CHRISTIAN MONDONEDO,             )
                                     )
15                  Defendant.       ) Date:  February 25, 2013
                                     ) Time:  10:00 a.m.
16  _____ ) Judge: Hon. Edmund F. Brennan

17

18

19       IT IS HEREBY STIPULATED between the parties through their

20  respective counsel, Ashwin Janakiram, Assistant United States Attorney,

21  and Linda C. Harter, Chief Assistant Federal Defender, attorney for

22  CHRISTIAN MONDONEDO, that the Court extend the probation term by 5

23  months from October 18,2012 to March 18, 2013 and set a status date

24  regarding the fine on February 25, 2013.

25  ///

26  ///

27  ///

28  ///

1   Dated:   October 18, 2012

2                                          Respectfully submitted,

                                           DANIEL J. BRODERICK
3                                          Federal Defender

4                                          /s/ Linda C. Harter
                                           LINDA C. HARTER
5                                          Chief Assistant Federal Defender
                                           Attorney for Defendant
6                                          JOSEPH TUFFORD

7

    Dated: October 18, 2012               BENJAMIN B. WAGNER
8                                          United States Attorney

9

10                                         /s/ Ashwin Janakiram
                                           ASHWIN JANAKIRAM
11                                         Assistant United States Attorney

12
                                              **ORDER**
13
    IT IS SO ORDERED.
14
    Dated: October 18, 2012
15
                                           _____
                                           EDMUND F. BRENNAN
16                                         UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

    Stipulation and Order               -2-