UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTIAN M. MONDONEDO,<br><br>    Defendant. | 2:11-CR-00297-EFB<br><br>ORDER GRANTING REQUEST TO RECALL BENCH WARRANT |

**ORDER**

It is hereby ordered that the bench warrant issued on February 25, 2013, in the above-captioned case is RECALLED.

DATED: 3/22/2017          /s/ Edmund F. Brennan
                          HON. EDMUND F. BRENNAN
                          United States Magistrate Judge

UNITED STATES V. CHRISTIAN M. MONDONEDO